| | | | |
|---|---|---|---|
| | AUSA: Eric Straus | | Telephone: (313) 226-9648 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: John Cozzi | | Telephone: (313) 720-8408 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Antione Artshawn Hamilton

Case No.    Case: 2:23−mj−30490
Assigned To : Unassigned
Assign. Date : 12/14/2023
USA V. HAMILTON (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 14, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of firearm/ammunition |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

TFO John Cozzi, FBI
*Printed name and title*

_____
Judge's signature

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 14, 2023__

City and state: __Detroit, Michigan__    Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, John Cozzi, being first duly sworn, hereby depose and state as follows:

## Introduction and Background

1. I am a Task Force Officer with the Federal Bureau of Investigations (FBI), and have been since January of 2020. I am assigned currently to the FBI Detroit Division's Violent Crime Task Force ("VCTF"). Prior to my assignment at the FBI, I was assigned to the patrol division of the Northville Township Police Department in Northville, MI. Prior to my employment with the Northville Township Police Department, I received a bachelor's degree in criminal justice and sociology from Western Michigan University. I graduated from the Wayne County Regional Police Training Center where I received my certification to work as a Law Enforcement Officer in the State of Michigan. I have attended in-service training courses pertaining to investigations, interviews, interrogations, narcotics, firearms, and more. As both a Northville Police Officer and FBI Task Force Officer, I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking.

2. The statements contained in this Affidavit are based on my experience and background as a Task Force Officer and on information provided by police officers, other agents of the FBI, and other law enforcement personnel, as well as communications with others who have personal knowledge of the events and

circumstances described herein.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Antione Artshawn Hamilton, date of birth xx/xx/2001, for violations of federal law, including felon in possession of firearm/ammunition, in violation of 18 U.S.C. § 922(g)(1). I have conducted a criminal history check (CCH) for HAMILTON and confirmed he has previously been convicted felony offenses. HAMILTON's felony convictions come from federal charges of Burglary Involving Controlled Substances and Bank Theft, both from 2020. HAMILTON was released from federal prison in 2022.

## Probable Cause

5. In August 2023, the Federal Bureau of Investigation (FBI), specifically the FBI Detroit Violent Crime Task Force (VCTF) began investigating HAMILTON for violations of the firearms act. HAMILTON was and remains on federal probation at the time of this investigation stemming from incidents in 2020 in which he was convicted for 18 U.S.C. § 2118(b) Burglary Involving Controlled Substances and 18 U.S.C. § 2113 Bank Theft.

6. This investigation was initiated when the United States Attorney's Office notified your affiant and members of the FBI VCTF that Antione HAMILTON

was believed to be in possession of firearms, including a machine gun, and large quantities of illegal drugs. This information came from a known acquaintance of HAMILTON who notified HAMILTON's probation officer and provided photos from HAMILTON's Instagram account of HAMILTON with firearms and drugs. Federal probation then reached out to the United States Attorney's Office, who in turn notified your affiant.

7. On October 5, 2023, a search warrant was sought and issued in the Eastern District of Michigan for HAMILTON's Instagram account. Records received as a result of said search warrant revealed a large number of images depicting HAMILTON with firearms and illegal drugs. Also included in the Instagram records were remarks by HAMILTON stating that he had obtained firearm(s) shortly after being released from prison. HAMILTON also discussed with others he current probation status, violations, and "dropping dirty." The evidence discovered in the Instagram account spanned over many months, through 2023 (post release from prison).

8. Federal probation provided your affiant with the address of 11811 E 10 Mile Rd #103, Warren, MI as HAMILTON's place of residence. Probation had conducted numerous home checks there, including multiple surprise visits, and each time HAMILTON was at the residence. This information was consistent with HAMILTON residing at the address.

9. On December 13, 2023, members of FBI VCTF conducted surveillance at the Warren address and observed HAMILTON arrive at and leave the apartment building.

10. On December 14, 2023, a search warrant for the 11811 E 10 Mile Rd #103, Warren, MI was sought and issued in the Eastern District of Michigan. As members of the FBI VCTF prepared to execute the search warrant at the residence, VCTF members on surveillance observed HAMILTON exit 11811 E 10 Mile Rd and walk toward the parking lot. HAMILTON entered a dark colored Volkswagen Jetta bearing Michigan license plate of DEL564.

11. VCTF conducted moving surveillance on the vehicle, specifically, the rear occupant, HAMILTON. Surveillance was conducted to the from Warren into Detroit where HAMILTON was observed entering a party store at the corner of Morang Ave and Warden St in Detroit, MI. VCTF established stationary surveillance again and observed the Volkswagen turn around and park on the curb on Warden St. At this time, Detroit Police were contacted to assist in conducting a traffic stop on the vehicle due to HAMILTON's valid arrest warrant from Harper Woods for dangerous drugs.

12. Shortly after Detroit police arrived to the area, VCTF observed HAMILTON exit the store and again enter the rear seat of the Volkswagen. The vehicle began to travel Northbound on Morang and a traffic stop was initiated by

Detroit Police.

13. Immediately upon initiating of the traffic stop, the driver pulled to the side of the road and the rear passenger door opened. HAMILTON jumped out of the vehicle and began fleeing law enforcement on foot.

14. In the initial moments of fleeing on foot, HAMILTON began to cut through a parking lot toward an alley. At this time, affiant and Detroit Police observed HAMILTON draw a handgun from his right hip area using his right hand. HAMILTON continued to flee on foot into and alley just East of Morang.

15. Hamilton was apprehended by Detroit Police in the area of Morang Ave and Nottingham St. The pistol HAMILTON had possessed was recovered behind 11140 Morang Ave. The black grocery bag that HAMILTON was observed carrying was dropped in the alleyway between where the firearm was located and where HAMILTON was taken into custody.

16. The firearm was photographed in place then recovered by FBI VCTF. When the firearm was rendered safe, it was discovered that there were twelve .40 caliber rounds in the magazine and a round loaded into the chamber.

17. The firearm was discovered to be a green and black Glock model 22 chambered in .40 Smith and Wesson bearing serial number BBGP018.

18. On December 14, 2023, ATF Special Agent Michael Jacobs advised me that the referenced firearm is a firearm as defined under 18 U.S.C. § 921 and was

manufactured outside the state of Michigan and therefore traveled in and affect interstate commerce.

## Conclusion

19. Based on the above information, probable cause exists to believe that HAMILTON, a previously convicted felon, was unlawfully in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)

Respectfully submitted,

_____
John Cozzi, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: December 14, 2023